# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECICUT

FILED

2016 JAN 28 P 12: 16

CLERK, U.S. BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD

IN RE:                                    ) CHAPTER 13
MICHAEL S. SMITH
                                          ) CASE NUMBER 13-51875

#277467

### PAYMENT OF UNCLAIMED FUNDS TO CLERK

Pursuant to Bankruptcy Court section 347(a) and Bankruptcy Rule 3011, **Molly T. Whiton,** hereby submits a check from the above captioned case undistributed funds unclaimed by the following:

CHECK NUMBER  30297            $4750.00

**MICHAEL SMITH**
**141 GROVE ST, UNIT M**
**STAMFORD, CT 06901**

**BRIAN SCHMIDT, ESQ**
**100 S. BEDFORD RD, STE 340**
**MT. KISCO, NY 10549**

### ISSUED REFUND CHECK TO DEBTOR AND ATTORNEY- NO RESPONSE

Dated at Hartford, Connecticut this _6TH_ day of   January  2016.

/s/
Molly T. Whiton
Chapter 13 Standing Trustee
10 Columbus Blvd., Hartford, CT 06106
Tele:(860) 278-9410 Fax:(860) 527-6185
Fed Id# 02214 e-mail: mtwhiton@mtwhiton.com

This is to certify that a copy hereof was mailed, prepaid, on the above date, to the following:

**Debtor:** 141 GROVE ST., UNIT M, STAMFORD, CT 06901
**Office of the U.S. Trustee:** USTPRegion02.NH.ECF@USDOJ.GOV
**Debtor's Counsel:**   Email: btselgal@gmail.com

/s/
Molly T. Whiton, Chapter 13 Standing Trustee